A. W. FISHER *v.* THOMAS L. TUPPER.

May Term, 1901.

Present: ROWELL, TYLER, MUNSON and WATSON, JJ.

Opinion filed November 29, 1901.

*Appeals from justices—Meaning of "exhibit" as used in V. S. 1298*—In
the statute relating to appeals from justices, the plaintiff's exhibit
intended is a writing offered as the basis of recovery.

PETITION UNDER V. S. 1667 for leave to enter a cause in
which an appeal was denied by the trial justice. Heard on
demurrer to the petition, Franklin County, September Term,
1899, *Start,* J., presiding. The court sustained the demurrer
and dismissed the petition. The petitioner excepted.

The petition set out that judgment was rendered against
the petitioner by a justice of the peace in an action of assumpsit
brought by the petitionee, that the petitioner seasonably prayed
for an appeal and tendered good and sufficient bail therefor,
but that his appeal was denied by the justice.

*Guy H. Start* for the petitioner.

*W. D. Stewart* for the petitionee.

MUNSON, J. ·Neither the *ad damnum* in the writ, nor the
sum demanded by the declaration, nor the specification pre-
sented by the plaintiff, exceeded twenty dollars; and the case
was not appealable unless the plaintiff offered an exhibit ex-
ceeding that amount. V. S. 1298. It is clear that the exhibit
here intended is a writing offered as the basis of recovery.
*Church* v. *Vanduzee,* 4 Vt. 195; *Weston* v. *Marsh,* 12 Vt.
420; *Warren* v. *Newfane,* 25 Vt. 250; *Connecticut etc. R. R.
Co.* v. *Bates,* 32 Vt. 420; *Cole* v. *Goodell,* 39 Vt. 400; *Wil-
liams* v. *Mason,* 45 Vt. 372; *Concord* v. *National Bank,* 51 Vt.
144; *Perry* v. *Gay,* 52 Vt. 615. The plaintiff offered no writ-
ing other than his specification. So no statement of a claim

exceeding twenty dollars was presented in any of the ways specified in the statute, and further inquiry as to the petitioner's position is unnecessary.

*Judgment affirmed.*